| | |
|---|---|
| 1 | CHAVEZ & GERTLER LLP |
| | Mark A. Chavez (SBN 90858) |
| 2 | Dan L. Gildor (SBN 223027) |
| | 42 Miller Avenue |
| 3 | Mill Valley, California 94941 |
| | Tel:   (415) 381-5599 |
| 4 | Fax:   (415) 381-5572 |
| | mark@chavezgertler.com |
| 5 | dan@chavezgertler.com |
| 6 | Attorneys for Plaintiff Michael Edenborough and |
| | the Proposed Class |
| 7 | |
| | SHOOK HARDY & BACON |
| 8 | Randall D. Haimovici (SBN: 213635) |
| | Katherine A. Wolf (SBN: 267763) |
| 9 | One Montgomery St., Suite 2700 |
| | San Francisco, California 94104 |
| 10 | Tel:  415.544.1900 |
| | Fax:  415.391.0281 |
| 11 | rhaimovici@shb.com |
| | kwolf@shb.com |
| 12 | |
| | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
| 13 | Mark L. Levine (pro hac vice) |
| | Rebecca Weinstein-Bacon (pro hac vice) |
| 14 | Daniel R. McElroy (pro hac vice) |
| | 54 West Hubbard Street, Suite 300 |
| 15 | Chicago, Illinois 60654 |
| | Tel:  312.494.4400 |
| 16 | Fax: 312.494.4440 |
| | mark.levine@bartlit-beck.com |
| 17 | rweinstein.bacon@bartlit-beck.com |
| | daniel.mcelroy@bartlit-beck.com |
| 18 | |
| | Attorneys for Defendant ADT LLC |
| 19 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL EDENBOROUGH, individually and on behalf of all others similarly situated, | Case No: 4:16-CV-02233-JST |
| Plaintiff, | CLASS ACTION |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| ADT, LLC d/b/a ADT SECURITY SERVICES, INC. a Florida limited liability company, and DOES 1 through 50, inclusive, | |
| Defendants. | |

1    Plaintiff Michael Edenborough ("Plaintiff") and defendant ADT LLC ("Defendant") (collectively hereinafter, "the Parties"), by and through their respective counsel, hereby stipulate and request that the Court continue the Initial Case Management Conference currently scheduled for October 12, 2016, at 2:00 p.m. (ECF No. 41), to October 26, 2016 to accommodate counsels' availability and the Jewish holiday of Yom Kippur.

On May 10, 2016, an Initial Case Management Conference was set for July 27, 2016 at 2:00 p.m., with a Joint Case Management Statement due on July 20, 2016 (ECF No. 21).

On July 20, 2016, the Parties filed their Joint Case Management Statement (ECF No. 40).

On July 21, 2016, the Court continued the Initial Case Management Conference from July 27, 2016 to October 12, 2016, with an updated Joint Case Management Statement due on October 3, 2016 (ECF No. 41).

Counsel for ADT LLC is unavailable on October 12, 2016, which is the Jewish holiday of Yom Kippur.

The Parties have met and conferred and respectfully request that the Court continue the Initial Case Management Conference to the Court's next available date, October 26, 2016, at 2:00 p.m., with an Updated Joint Case Management Statement due on October 17, 2016, 7 court days prior to the Initial Case Management Conference pursuant to Judge Tigar's Standing Order for All Civil Cases.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 27, 2016                              Respectfully submitted,

                                                  CHAVEZ & GERTLER LLP

                                                  By: _ /s/ Dan L. Gildor_
                                                       Dan L. Gildor
                                                       Mark A. Chavez

                                                       Attorneys for
                                                       Plaintiff Michael Edenborough and
                                                       the Proposed Class

| | |
|---|---|
| Dated: July 27, 2016 | Respectfully submitted, |
| | SHOOK HARDY & BACON L.L.P. |
| | By: */s/ Katherine A. Wolf* |
| | Katherine A. Wolf |
| | Randall D. Haimovici |
| | Attorneys for Defendant |
| | ADT LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 28, 2016

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Jon S. Tigar