1  CHAVEZ & GERTLER LLP
   Mark A. Chavez (CA Bar No. 90858)
2  Nance F. Becker (CA Bar No. 99292)
   42 Miller Avenue
3  Mill Valley, California 94941
   Tel:  (415) 381-5599
4  Fax:  (415) 381-5572
   mark@chavezgertler.com
5  nance@chavezgertler.com

6  [Additional Counsel for Plaintiff on signature page]

7      *Attorneys for Plaintiff Michael Edenborough*
           *and the Proposed Class*
8
   BARTLIT BECK HERMAN
9    PALENCHAR & SCOTT LLP
   Mark L. Levine (Pro Hac Vice)
10 Mark Ouweleen (Pro Hac Vice)
   Daniel R. McElroy (Pro Hac Vice)
11 54 West Hubbard Street, Suite 300
   Chicago, IL  60654
12 (312) 494-4400
   Mark.Levine@bartlit-beck.com
13 RWeinstein.Bacon@bartlit-beck.com
   Daniel.McElroy@bartlit-beck.com
14
   [Additional Counsel for Defendant on signature page]
15
       *Attorneys for Defendant ADT LLC*
16

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL EDENBOROUGH, individually and on behalf of all others similarly situated, | Case No: 3:16-CV-02233-JST |
| Plaintiff, | CLASS ACTION |
| vs. | **JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST FOR STAY; PROPOSED ORDER** |
| ADT, LLC d/b/a ADT SECURITY SERVICES, INC. a Florida limited liability company, | **(L.R. 7-12)** |
| Defendants. | Hon. Jon S. Tigar |

1	The parties to the above-captioned action (the "California Action") hereby notify the
2	Court that they have through JAMS mediation reached an agreement to settle on a nationwide
3	settlement class basis the claims alleged in this California Action and in the following related
4	actions:

5,6 • *Dale Baker v. The ADT Corporation and ADT, LLC d/b/a ADT Security Services*, Case No. 15-cv-02038-CSB-DGB (USDC CD Illinois);

7,8 • *Janet Cheatham v. ADT Corporation and ADT LLC.*, Case No. 2:15-cv-02137-DGC (USDC Arizona);

9,10 • *Santiago L. Hernandez v. ADT, LLC d/b/a ADT Security Services*, Case No. 50-2016-CA-002944XXXXMB (Cir. Ct. 15th Jud. Cir. Florida); and

11,12,13 • *Patricia Wilson v. The ADT Corporation and ADT, LLC d/b/a ADT Security Services*, Case No. 50-2016-CA-004410XXXXMB (Cir. Ct. 15th Jud. Cir. Florida)

14	(collectively, the "Actions"). All parties in all the Actions have executed a Memorandum of
15	Understanding memorializing the fundamental terms of the proposed class settlement, to be
16	more formally documented in a Stipulation of Settlement and then submitted for court
17	approval pursuant to Rule 23(e), *Federal Rules of Civil Procedure*.

18	If approved, the settlement will result in the dismissal with prejudice of all claims
19	alleged in this California Action. However, should final approval not be attained for any
20	reason, the Memorandum of Understanding contemplates restoration without prejudice of all
21	parties in all Actions to the positions in which they stood immediately prior to their reaching
22	the settlement.  The parties therefore agreed to an immediate and complete stay in all the
23	Actions except to the extent necessary to obtain approval of the settlement. The parties
24	accordingly jointly and respectfully request that the above-captioned California Action be
25	stayed pending completion of the settlement approval process.

26	The parties propose filing a status report with this Court on March 17, 2017, and every
27	90 days thereafter.

28

1
JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST FOR STAY; PROPOSED ORDER

1    **SO STIPULATED.**

2    Dated: January 24, 2017.

3    CHAVEZ & GERTLER LLP                          BARTLIT BECK HERMAN
     BONNETT, FAIRBOURN,                               PALENCHAR & SCOTT LLP
4        FRIEDMAN & BALINT, P.C.                  MCNEW P.A.
5    ZIMMERMAN LAW OFFICES, P.C.                  SHOOK HARDY & BACON

6    By s/ *Nance F. Becker*                      By s/ *Mark L. Levine*
     *Attorneys for Plaintiff*                    *Attorneys for Defendant*
7
     *Additional Counsel for Plaintiff:*
8
9    BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
     Francis J. Balint, Jr. (admitted pro hac vice)
10   Andrew S. Friedman (admitted pro hac vice)
     2325 E. Camelback Rd., Suite 300
11   Phoenix, Arizona 85016
     Tel: (602) 274-1100
12   Fax: (602) 274-1199
     fbalint@bffb.com
13   afriedman@bffb.com

14
     ZIMMERMAN LAW OFFICES, P.C.
15   Tom Zimmerman (admitted pro hac vice)
     77 West Washington Street
16   Suite 1220
     Chicago, Illinois 60602
17   Tel: (312) 440-0020
     Tom@attorneyzim.com
18

19   *Additional Counsel for Defendant:*

20   McNEW P.A.
     C. Sanders McNew (admitted pro hac vice)
21   2385 NW Executive Center Dr.
     Suite 100
22   Boca Raton, FL  33431
     (561)299-0257
23   mcnew@mcnew.net

24
     SHOOK HARDY & BACON
25   Matthew J. Vanis (SBN 210706)
     Katherine A. Wolf (SBN 267763)
26   One Montgomery St., Suite 2700
     San Francisco, CA 94104
27   mvanis@shb.com
28   kwolf@shb.com

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____      _____
                                              Hon. Jon S. Tigar

                                              U.S. District Court Judge

**SIGNATURE ATTESTATION**

  I, Nance F. Becker, am the ECF User whose ID and password are being used to file this JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST FOR STAY; PROPOSED ORDER. In compliance with Local Rule 5-1(i)(3), I hereby attest that Defendants' counsel have concurred in this filing.

DATED: January 24, 2017         CHAVEZ & GERTLER, LLP

                     By: */s/ Nance F. Becker*

                     NANCE F. BECKER

                     Attorneys for Plaintiff
                     Michael Edenborough and the
                     Proposed Class