UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDENBOROUGH,<br><br>        Plaintiff,<br><br>    v.<br><br>ADT, LLC,<br><br>        Defendant. | Case No. 16-cv-02233-JST<br><br>**ORDER RE: JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST FOR STAY**<br><br>Re: ECF No. 86 |

On January 24, 2017, the parties filed a joint notice of settlement and stipulated request for a stay. ECF No. 86. The Court will continue all hearings and briefing deadlines to allow the parties to more formally document the settlement agreement. The hearing on Plaintiff's motion to certify class will be continued from March 9, 2017 to April 13, 2017. Replies will be due March 9, 2017. The Case Management Conference currently set for January 27, 2017 will be continued to April 26, 2017. Case Management Statements will be due April 14, 2017.

IT IS SO ORDERED.

Dated: January 24, 2017

_____
JON S. TIGAR
United States District Judge