CHAVEZ & GERTLER LLP
Mark A. Chavez (CA Bar No. 90858)
Nance F. Becker (CA Bar No. 99292)
42 Miller Avenue
Mill Valley, California 94941
Tel:    (415) 381-5599
Fax:    (415) 381-5572

*Additional plaintiff counsel listed on signature page*

*Attorneys for Plaintiff Michael Edenborough and the Proposed Class*

SHOOK HARDY & BACON
Randall D. Haimovici (CA Bar No. 213635)
Katherine A. Wolf (CA Bar No. 267763)
One Montgomery St., Suite 2700
San Francisco, CA 94104
Tel:  (415) 544-1900
Fax:  (415) 391-0281

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Mark L. Levine (*pro hac vice*)
Rebecca Weinstein Bacon (*pro hac vice*)
Daniel R. McElroy (*pro hac vice*)
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Tel.  (312) 494-4400
Fax:  (312) 494-4440

*Attorneys for Defendant ADT LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDENBOROUGH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADT, LLC d/b/a ADT SECURITY SERVICES, INC. a Florida limited liability company,<br><br>Defendant. | Case No: 16-2233 JST<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER RE: STAY OF PROCEEDINGS**<br><br>Judge:  Hon. Jon S. Tigar<br>Ctrm:   9 – 19th Floor |

---

[PROPOSED] ORDER RE STAY OF PROCEEDINGS                                            Case No. 16-2233 JST

The Court has considered the parties' Stipulation Re: Stay of Proceedings and understands that a Settlement Agreement has been signed that would settle all claims asserted herein as part of a national class settlement in *Dale Baker v. The ADT Corporation and ADT, LLC d/b/a ADT Security Services*, Case No. 15-cv-02038-CSB-DGB (U.S.D.C. C.D. Illinois) (the "*Baker* Action). Good cause appearing, the Court hereby approves the Stipulation and orders as follows:

1. This Action and all proceedings herein are stayed pending the approval of the proposed national class settlement in the *Baker* Action.

2. The hearing date for Plaintiff's pending motion for class certification, the due date for Plaintiff to file his Reply Brief in support of that motion, and all other dates previously set in this Action are hereby vacated.

3. In accordance with the terms of the Settlement Agreement, in the event the Court in the *Baker* Action does not finally approve the Settlement Agreement or judgment in that case is not entered, any and all rights of the parties existing prior to the execution of the Settlement Agreement, including but not limited to Plaintiffs' right to seek and ADT's right to oppose class certification, shall be preserved, and this Action shall proceed in all respects as if the Settlement Agreement had not been entered.

4. The parties will submit a report to the Court regarding the status of the *Baker* proceedings on July 31, 2017.

Dated: February 27, 2017

_____
Hon. Jon S. Tigar
U.S. District Court Judge

*Additional Counsel for Plaintiff:*

BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.
Andrew Friedman (*pro hac vice*)
Francis J. Balint, Jr. (*pro hac vice*)
2325 E/ Camelback Rd., Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100
Fax: (602) 274-1199
(fbalint@bffb.com)
(afriedman@bffb.com)

1  ZIMMERMAN LAW OFFICES, P.C.
   Tom Zimmerman (*pro hac vice*)
2  77 West Washington Street
   Suite 1220
3  Chicago, Illinois 60602
   Tel: (312) 440-0020
4  (Tom@attorneyzim.com)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28