1  CHAVEZ & GERTLER LLP
   Mark A. Chavez (CA Bar No. 90858)
2  Nance F. Becker (CA Bar No. 99292)
   42 Miller Avenue
3  Mill Valley, California 94941
   Tel:   (415) 381-5599
4  Fax:   (415) 381-5572

5  *Additional plaintiff counsel listed on signature page*

6  *Attorneys for Plaintiff Michael Edenborough and*
   *the Proposed Class*
7
   SHOOK HARDY & BACON
8  Randall D. Haimovici (CA Bar No. 213635)
   Katherine A. Wolf (CA Bar No. 267763)
9  One Montgomery St., Suite 2700
   San Francisco, CA 94104
10 Tel:  (415) 544-1900
   Fax:  (415) 391-0281
11
   BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
12 Mark L. Levine (*pro hac vice*)
   Rebecca Weinstein Bacon (*pro hac vice*)
13 Daniel R. McElroy (*pro hac vice*)
   54 West Hubbard Street, Suite 300
14 Chicago, IL 60654
   Tel.  (312) 494-4400
15 Fax:  (312) 494-4440

16 *Attorneys for Defendant ADT LLC*

17                     **UNITED STATES DISTRICT COURT**
18
                       **NORTHERN DISTRICT OF CALIFORNIA**
19

| | |
|---|---|
| MICHAEL EDENBOROUGH, individually and on behalf of all others similarly situated, | Case No: 16-2233 JST |
| | **CLASS ACTION** |
| Plaintiff, | |
| | **[PROPOSED] ORDER LIFTING STAY OF PROCEEDINGS AND SETTING MOTIONS ON SHORTENED TIME** |
| vs. | |
| ADT, LLC d/b/a ADT SECURITY SERVICES, INC. a Florida limited liability company, | Judge: Hon. Jon S. Tigar<br>Ctrm:  9 – 19th Floor |
| Defendant. | |

---

[PROPOSED] ORDER LIFTING STAY & SETTING MOTIONS ON SHORTENED TIME   Case No. 16-2233 JST

1  The Court has considered the parties' Stipulation Re: Lifting of Stay and Setting of Motions on Shortened Time. Good cause appearing, the Court hereby approves the Stipulation and orders as follows:

1. The stay previously entered in this Action (ECF Doc. 90) is hereby lifted so that this Court can begin the process of considering the parties' proposed class action settlement and related proceedings. All other matters remain stayed.

2. The parties having represented that both motions will be unopposed, Plaintiff may file his Motion for Leave to File First Amended Complaint and Motion for Preliminary Approval of Settlement Agreement for hearing on shortened time. Both motions shall be heard on April 27, 2017 at 2:00 p.m.

Dated: March 21, 2017

_____
Hon. Jon S. Tigar
U.S. District Court Judge

*Additional Counsel for Plaintiff:*

BONNETT, FAIRBOURN, FRIEDMAN & BALINT P.C.
Andrew Friedman (*pro hac vice*)
Francis J. Balint, Jr. (*pro hac vice*)
2325 E/ Camelback Rd., Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100
Fax: (602) 274-1199
(fbalint@bffb.com)
(afriedman@bffb.com)

ZIMMERMAN LAW OFFICES, P.C.
Tom Zimmerman (*pro hac vice*)
77 West Washington Street
Suite 1220
Chicago, Illinois 60602
Tel: (312) 440-0020
(Tom@attorneyzim.com)