# EXHIBIT B

**FILED**

JAN 30 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: HYUNDAI AND KIA FUEL ECONOMY LITIGATION,<br><br>------------------------------<br><br>KEHLIE R. ESPINOSA; et al.,<br><br>        Plaintiffs-Appellees,<br><br>GREG DIRENZO,<br><br>        Petitioner-Appellee,<br><br>HYUNDAI MOTOR AMERICA; et al.,<br><br>        Defendants-Appellees,<br><br> v.<br><br>CAITLIN AHEARN; ANDREW YORK,<br><br>        Objectors-Appellants. | No. 15-56014<br><br>D.C. No.<br>2:13-ml-02424-GW-FFM<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |
| In re: HYUNDAI AND KIA FUEL ECONOMY LITIGATION,<br><br>        In Re,<br><br>------------------------------<br><br>KEHLIE R. ESPINOSA; et al., | No. 15-56025<br><br>D.C. No.<br>2:13-ml-02424-GW-FFM<br>Central District of California,<br>Los Angeles |

>            Plaintiffs-Appellees,
>
> GREG DIRENZO,
>
>            Petitioner-Appellee,
>
> HYUNDAI MOTOR AMERICA; et al.,
>
>            Defendants-Appellees,
>
> v.
>
> ANTONIO SBERNA,
>
>            Objector-Appellant,

| | |
|---|---|
| In re: HYUNDAI AND KIA FUEL ECONOMY LITIGATION<br><br>------------------------------<br><br>KEHLIE R. ESPINOSA; et al.,<br><br>  Plaintiffs-Appellees,<br><br>GREG DIRENZO,<br><br>  Petitioner-Appellee,<br><br>HYUNDAI MOTOR AMERICA; et al.,<br><br>  Defendants-Appellees,<br><br>v. | No.   15-56059<br><br>D.C. No.<br>2:13-ml-02424-GW-FFM<br>Central District of California,<br>Los Angeles |

PERI FETSCH,

    Objector-Appellant.

---

In re: HYUNDAI AND KIA FUEL ECONOMY LITIGATION

------------------------------

KEHLIE R. ESPINOSA; et al.,

    Plaintiffs-Appellees,

GREG DIRENZO,

    Petitioner-Appellee,

HYUNDAI MOTOR AMERICA; et al.,

    Defendants-Appellees,

  v.

DANA ROLAND,

    Objector-Appellant.

No. 15-56061

D.C. No.
2:13-ml-02424-GW-FFM
Central District of California,
Los Angeles

---

In re: HYUNDAI AND KIA FUEL ECONOMY LITIGATION,

------------------------------

No. 15-56064

D.C. No.
2:13-ml-02424-GW-FFM
Central District of California,

| | |
|---|---|
| KEHLIE R. ESPINOSA; et al., <br><br> Plaintiffs-Appellees, <br><br> GREG DIRENZO, <br><br> Petitioner-Appellee, <br><br><br> HYUNDAI MOTOR AMERICA; et al., <br><br> Defendants-Appellees. <br><br> v. <br><br> LINDA RUTH SCOTT, <br><br> Objector-Appellant. | Los Angeles |
| In re: HYUNDAI AND KIA FUEL ECONOMY LITIGATION <br><br> ------------------------------ <br><br> JOHN GENTRY; et al., <br><br> Plaintiffs, <br><br> and <br><br> JAMES BEN FEINMAN, <br><br> Appellant, | No. 15-56067 <br><br> D.C. No. <br> 2:13-ml-02424-GW-FFM <br> Central District of California, <br> Los Angeles |

4

v.

HYUNDAI MOTOR AMERICA; et al.,

Defendants-Appellees.

Before: KLEINFELD, IKUTA, and NGUYEN, Circuit Judges.

The Joint Motion for Extension of Time to File Petition for Rehearing En Banc (Doc. 98) is GRANTED. The petition for rehearing en banc shall be filed with the Clerk's Office no later than March 8, 2018.

5