United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL EDENBOROUGH, et al.,

           Plaintiffs,

    v.

ADT, LLC, et al.,

           Defendants.

Case No. 16-cv-02233-JST

**ORDER ADMINISTRATIVELY TERMINATING MOTIONS**

Re: ECF Nos. 121, 122

      The Court has stayed consideration of the motion for final approval of class settlement and motion for attorneys' fees pending final resolution of *In re Hyundai & Kia Fuel Economy Litigation*, Case No. 15-56014 (9th Cir.).  ECF No. 157 at 1; *see* ECF Nos. 121, 122.  These motions are administratively terminated.  Once *Hyundai* has been resolved, the Court will rule on the motions without need for action by any party, unless otherwise ordered.

      **IT IS SO ORDERED.**

Dated:  August 28, 2018

_____
JON S. TIGAR
United States District Judge