United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDENBOROUGH, et al.,<br><br>　　　　　Plaintiffs.<br><br>　　　v.<br><br>ADT, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  16-cv-02233-JST<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |

**(  )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 7/29/2019



Susan Y. Soong, Clerk

Mauriona Lee
Deputy Clerk